**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-3068**

———————

DARRELL GAVIN,

                                  Plaintiff - Appellant,

        versus

SPRING RIDGE CONSERVANCY, INCORPORATED;
PROPERTY MANAGEMENT PEOPLE, INCORPORATED,

                                  Defendants - Appellees.

———————

**No. 96-1034**

———————

DARRELL GAVIN,

                                  Plaintiff - Appellant,

        versus

SPRING RIDGE CONSERVANCY, INCORPORATED;
PROPERTY MANAGEMENT PEOPLE, INCORPORATED,

                                  Defendants - Appellees.

———————

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
95-2668-S)

———————

Argued:  July 9, 1996                    Decided:  August 7, 1996

Before RUSSELL, WIDENER, and HALL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Scott Craig Borison, LEGG LAW FIRM, L.L.C., Frederick, Maryland, for Appellant.  Kathleen Pontone, MILES & STOCKBRIDGE, P.C., Baltimore, Maryland, for Appellees.  **ON BRIEF:** Thomas E. Lynch, III, MILES & STOCKBRIDGE, P.C., Frederick, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darrell Gavin appeals the summary judgment granted to Spring Ridge Conservancy, Inc., and Property Management People, Inc., in Gavin's action claiming violations of his rights under the Fair Housing Act Amendments of 1988, 42 U.S.C. § 3601 et seq. Our review of the record, the district court's memorandum opinion, and the arguments of counsel discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court.[1] Gavin v. Spring Ridge Conservancy, Inc., Civil Action No. S-95-2668 (D. Md. Dec. 11, 1995) (Memorandum Opinion).[2]

AFFIRMED

---

[1] The appellees' motions to dismiss the appeal as moot and for attorney's fees are denied.

[2] Our decision obviates the need to rule on Gavin's appeal of the district court's October 23, 1995, order denying a preliminary injunction.